```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INFORMATION FILED

          - v. -                  :     11 Cr.     (PKC)

JOSE ANTHONY DELOS SANTOS         :
    a/k/a "El Negro"
                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - - x
```

**11 CRIM 412**

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____

### COUNT ONE

The United States Attorney charges:

1. In or about January 2011, in the Southern District of New York and elsewhere, JOSE ANTHONY DELOS SANTOS, a/k/a "El Negro," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOSE ANTHONY DELOS SANTOS, a/k/a "El Negro," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was 100 grams and more of a mixture and a substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(b)(1)(B).


JUDGE CASTEL

## OVERT ACTS

4.     In furtherance of the conspiracy and to effect the illegal object thereof, JOSE ANTHONY DELOS SANTOS, a/k/a "El Negro," the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

   a.    On or about January 19, 2011, SANTOS met with a cooperating witness ("CW") in the Bronx, New York.  The CW gave SANTOS money and SANTOS agreed to provide the CW with heroin at a later date.

   b.    On or about January 24, 2011, SANTOS met with the CW in the Bronx, New York, and SANTOS provided the CW with heroin.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

5.     As a result of committing the controlled substance offense alleged in Count One of this Information, JOSE ANTHONY DELOS SANTOS, a/k/a "El Negro," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of

the controlled substance offense alleged in Count One of this Information.

      6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third person;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

      (Title 21, United States Code, Section 853.)

*Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE ANTHONY DELOS SANTOS,
a/k/a "El Negro"

Defendant.

**INFORMATION**

(Title 21, United States Code, Sections
812, 841(b)(1)(B), 846, 853.)


PREET BHARARA
United States Attorney.


*Original filed 5/12/11*
*J. Caskel*