```
USDS SDNY
DOCUMENT
DOC #: _____
DATE   2-7-13
```

U.S. Department of Justice
*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2013

**By Fax**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
New York, New York 10007

Re:  United States v. Jose Anthony Delos Santos,
     No. 11 Cr. 412 (PKC)

Dear Judge Castel:

On January 4, 2013, the Court ordered the Government to respond, by January 18, 2013, to an application by the defendant's uncle seeking an order requiring the Government to turn over to the uncle approximately $10,000 that was seized from the defendant at the time of his arrest. The uncle's application states that the seized money is proceeds from the family's fish business. In a letter dated January 16, 2013, the Government sought additional time to respond so that it would be able to receive from defense counsel certain receipts of the fish business. The Court adjourned the response due date to February 6, 2013.

Upon review of the receipts and other investigation by law enforcement, the Government has decided to turn over the funds to the defendant's uncle. The Government will provide the defendant's counsel with law enforcement contact information so that the defendant's uncle can make arrangements to claim the funds.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Alvin L. Bragg, Jr.
Assistant United States Attorney
Tel.: (212) 637-1085

cc:   Edward McQuat, Esq. (By Email)